UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:26-CV-101-BO-RJ

A K M WAHIDUSSAMAN,                )
                                   )
            Plaintiff,             )
                                   )
    v.                             )            **ORDER**
                                   )
MOHAMMAD NAKIBUR RAHMAN,           )
                                   )
            Defendant.             )

The Court has been advised that the parties have reached a settlement of the case. The

parties are therefore DIRECTED to file dismissal documents within twenty-one days of the date

of this order, subject to the right of any party to provide notice to the Court within that time that

the settlement will not be consummated. Failure to comply with this order will result in this

matter being dismissed with prejudice at the close of the twenty-one-day period.


SO ORDERED, this __13__ day of May, 2026.


_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

Case 5:26-cv-00101-BO-RJ     Document 13     Filed 05/13/26     Page 1 of 1