UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:26-CV-101-BO-RJ

A K M WAHIDUZZAMAN,          )
                             )
              Plaintiff,     )
                             )
       v.                    )          **ORDER**
                             )
MOHAMMAD NAKIBUR RAHMAN,      )
                             )
              Defendant.     )

This matter comes before the Court on the parties' failure to file dismissal documents. The Court was previously advised that the parties had settled the case, and the parties were directed by Court order to file dismissal documents within twenty-one days. The order advised that failure to comply with the order would result in dismissal of the case with prejudice. The parties failed to file dismissal documents within the time provided, and this case is therefore dismissed with prejudice. The clerk is directed to close the case.

SO ORDERED, this _**4**_ day of June, 2026.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE